**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TABITHA DUNSON,

        Plaintiff,

CASE NO. 06-CV-15030

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

        Defendant.

_____/

**ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**
**AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Magistrate Judge's October 19, 2007 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 14). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 14);

    (2)    **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 7); and

    (3)    **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 13).

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: November 28, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 28, 2007.

                                              s/Denise Goodine
                                              Case Manager